UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-                                                          Case No. 3:13CR041

AARON MONDEL WELLIFORD
aka "Boog-D"

Defendant.

---

**ORDER GRANTING MOTION TO DISMISS INFORMATION**

---

This matter is before the Court on the Government's Motion to Dismiss an Information (doc. 3). On March 20, 2013, an Information was filed against the above named Defendant. Pursuant to the Government, the Defendant passed away in Springfield, Ohio on May 3, 2013.

Therefore, it is the Order of the Court that the Government's Motion to Dismiss an Information (doc.3) is GRANTED and the proceedings in this case be hereby terminated.

**DONE** and **ORDERED** in Dayton, Ohio, this 29th day of May 2013.

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE